UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELINA NICOLE SAPP, | No. 2:23-cv-03008-DJC-CKD |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| GENERAL MOTORS LLC, | |
| Defendant. | |

This action was originally removed from the Sacramento County Superior Court on December 26, 2023. (ECF No. 1.) On January 2, 2024, Defendants filed a Motion to Dismiss. (ECF No. 5.) Pursuant to Local Rules for this district, the deadline for Plaintiff to file an opposition or statement of non-opposition was fourteen days after the Motion to Dismiss was filed. L.R. 230(c); *see also* Fed. R. Civ. P. 78. Fourteen days have passed and Plaintiff has failed to file an opposition, statement of non-opposition, or a request for an extension of time to do so.[1]

Accordingly, IT IS HEREBY ORDERED that within seven days of this order Plaintiff must show cause in writing why the Court should not construe Plaintiff's failure to file a timely opposition as a non-opposition to Defendant's motion, why this case

---

[1] After the deadline had passed, Defendant also filed a notice of Plaintiff's failure to oppose on January 26, 2024. (ECF No. 7.) Despite Defendant's notice, Plaintiff has still not filed a response to Defendant's motion or made any other filing in this case.

1

should not be dismissed for failure to prosecute, and why monetary sanctions should not be imposed.  *See* Local Rule 230(c).  In light of this order, the hearing scheduled for February 29, 2024, at 1:30 P.M. is VACATED under to Local Rule 230(g).

    IT IS SO ORDERED.

Dated:  **February 22, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE