1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELINA NICOLE SAPP,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03008-DJC-CKD<br><br>*Honorable Daniel J. Calabretta*<br><br>**ORDER DISMISSING UCL CLAIMS (CAL. BUS. & PROF. CODE § 17200)**<br><br>Complaint Filed:  November 15, 2023<br>Removed:              December 26, 2023<br><br>Trial Date:              Not Set |

# ORDER

On March 7, 2024, Shelina Nicole Sapp ("Plaintiff") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation to Dismiss UCL Claims (Cal. Bus. & Prof. Code § 17200).  Specifically, the Parties stipulated to dismiss with prejudice Plaintiff's Fourth Cause of Action for Violation of Business & Professions Code §17200 ("UCL").

Based on the foregoing, the Court, therefore, ORDERS that Plaintiff's Fourth Cause of Action for UCL is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  March 15, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE